UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECUMSEH PRODUCTS COMPANY,

    Plaintiffs,

v

TODD HERRICK, KENT HERRICK,          Case No.  2:07-cv-11144
TONI HERRICK, MICHAEL INDENBAUM,
and THE HERRICK FOUNDATION,           Hon. George Caram Steeh

                                      Magistrate Judge: Mona K. Majzoub

    Defendants.

## STIPULATION TO DISMISS PLAINTIFF'S ACTION WITH PREJUDICE

The plaintiff and defendants, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that all of plaintiff's claims against defendants shall be dismissed with prejudice, with each side to bear its own court costs.  The parties request that the proposed order submitted with this Stipulation be entered.

| | |
|---|---|
| By:  s/Todd R. Mendel | By:  s/Todd A. Holleman (w/permission) |
|     Eugene Driker (P12959) |     Carl H. von Ende (P21867) |
|     Todd R. Mendel (P55447) |     Todd A. Holleman (P57699) |
|     Matthew J. Bredeweg (P67796) |     Ruth H. Swartout (P59258) |
| BARRIS, SOTT, DENN & DRIKER, P.L.L.C. | MILLER CANFIELD PADDOCK |
| Attorneys for Plaintiffs |   & STONE PLC |
| 211 W. Fort Street, 15th Floor | Attorneys for Tecumseh Products Company |
| Detroit, MI 48226-3281 | 150 W. Jefferson, Suite 2500 |
| (313) 965-9725 | Detroit, MI 48226 |
| tmendel@bsdd.com | (313) 496-7668 |
| | holleman@millercanfield.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TECUMSEH PRODUCTS COMPANY,

    Plaintiffs,

v

TODD HERRICK, KENT HERRICK,               Case No.  2:07-cv-11144
TONI HERRICK, MICHAEL INDENBAUM,
and THE HERRICK FOUNDATION,              Hon. George Caram Steeh

                                                Magistrate Judge: Mona K. Majzoub

    Defendants.

## **ORDER OF DISMISSAL OF PLAINTIFF'S ACTION WITH PREJUDICE**

This matter came before the Court on the stipulation of the plaintiff and defendants to an order dismissing all of the plaintiff's claims against defendants with prejudice.  Based on the stipulation between the plaintiff and defendants, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that all of plaintiff's claims and this action against defendants are hereby DISMISSED in their entirety with prejudice.  The plaintiff and defendants shall each bear their own court costs.

Dated:  April 13, 2007                          s/George Caram Steeh
                                                            UNITED STATES DISTRICT  JUDGE

f:\docsopen\tmendel\l-ord\0334740.01